# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Wayne Washington
                                        Plaintiff,

v.                                                                  Case No.: 1:16−cv−01893
                                                                  Honorable Andrea R. Wood

Kenneth Boudreau, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2018:

      MINUTE entry before the Honorable Maria Valdez: Status hearing held on 11/29/18 and continued to 12/13/18 at 10:00 a.m. to advise the Court on discovery progress. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.