# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Wayne Washington

                              Plaintiff,

v.                                                   Case No.: 1:16−cv−01893
                                                        Honorable Andrea R. Wood

Kenneth Boudreau, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2019:

      MINUTE entry before the Honorable Maria Valdez: Plaintiffs' Joint Motion to Withdraw Their Motion to Quash Defendants' Subpoena for Third−Party Witness Reynaldo Soto's Depositions [190] is granted. Plaintiffs' Joint Motion to Quash Defendants' Subpoena for Third−Party Witness Reynaldo Soto's Deposition [186] is hereby withdrawn. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.