**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Wayne Washington

                        Plaintiff,

v.                                                          Case No.: 1:16−cv−01893
                                                                Honorable John F. Kness

Kenneth Boudreau, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 30, 2021:

      MINUTE entry before the Honorable Maria Valdez: Defendants' Motion to Compel Expert Timothy Longo's Re−Deposition to Remedy Plaintiffs' Improper Assertion of the Work Product Doctrine [258] is granted to the extent set forth below. Defendants may re−depose Longo for an additional time not to exceed one hour but must do so consistent with the restrictions contained in this Order. The re−deposition must take place as soon as practicable. Mailed notice. (jj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.