# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Wayne Washington
                       Plaintiff,

v.                                               Case No.: 1:16–cv–01893
                                                           Honorable John F. Kness

Kenneth Boudreau, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

         MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 7/12/2023. For the reasons stated on the record, a continued status hearing is set for 8/14/2023 at 9:00 AM. The parties may file a joint status report regarding finalization of the settlement agreement on or before 8/9/2023. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.